UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JUAN C. BEJAR,
CARLOS A. GAMEZ a/k/a
CARLOS GAMEZ-GONZALEZ,
JASON U. O'CLAIRE,
JENNIFER A. BOEDER, and
CHRISTIAN A. FRUHWIRTH,

        Defendants.

Case No. 05-CR-277

Green Bay Division

---

## AMENDED PRELIMINARY ORDER OF FORFEITURE
---

Based on the plaintiff's Motion to Amend Preliminary Order of Forfeiture, it is hereby ORDERED AND ADJUDGED:

That the Preliminary Order of Forfeiture filed on February 28, 2006, shall be amended by dismissing items 1, 2 and 4.

1. $8,234.00 in United States currency seized from defendant Bejar on or about September 8, 2005;

2. A 2002 Dodge truck, VIN: 3D7HA18Z92G192404, seized from defendant Bejar on or about September 8, 2005;

4. A .38 caliber Iver Johnson Arms and Cycle Works revolver, serial number 86016, and approximately 53 rounds of .38 caliber ammunition, seized from defendant Gamez's 1993 Chevrolet truck and from defendant Gamez's residence at 223½ Thorne St., Ripon, on or about September 9, 2005.

In all other respects, the Court's Order filed on February 28, 2006, in this matter shall remain unaltered and unchanged.

Dated at Green Bay, Wisconsin, this 16th day of March, 2006.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Judge